IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GS HOLISTIC, LLC,

Plaintiff,

v.

Case No. 1:23-cv-01930-RMR-NRN

ALPHASTAR VAPES LTD d/b/a
ALPHASTAR VAPES LTD, and
JIMMY O. VARGAS,

Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

---

THIS MATTER having come before the Court on the Unopposed Motion to Withdraw as Counsel filed by Jennifer M. McCallum of The McCallum Law Firm, PC, counsel for Defendants Alphastar Vapes Ltd and Jimmy O. Vargas, and the Court being fully advised in the premises and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. The Unopposed Motion to Withdraw as Counsel is GRANTED;

2. Jennifer M. McCallum and The McCallum Law Firm, PC are permitted to withdraw as counsel of record for Defendants Alphastar Vapes Ltd and Jimmy O. Vargas, effective upon entry of this Order;

3. Defendant Alphastar Vapes Ltd shall retain substitute counsel and cause such counsel to file a notice of appearance within twenty-one (21) days of entry of this Order, given that a limited liability entity may not appear pro se in federal court;

4. Defendant Jimmy O. Vargas shall retain substitute counsel and cause such counsel to file a notice of appearance within twenty-one (21) days of entry of this Order, or shall file a notice of pro se appearance and assume responsibility for all pending matters, including the pending Motion to Dismiss, within the same period;

5. All future notices and orders shall be served directly on Defendants at the last known addresses provided to the Clerk's office, until such time as substitute counsel appears or Defendants appear pro se; and

6. Withdrawing counsel shall promptly surrender to Defendants all papers and property to which the clients are entitled and shall cooperate with any successor counsel as required by Colo. RPC 1.16(d) and D.C.COLO.LAttyR 5(b).

DATED this 11th day of May, 2026.

BY THE COURT:

Regina M. Rodriguez
United States District Judge